UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORNELIUS STUBBS,

                     Plaintiff,

-against-

DET. KEVIN MOORE, DETECTIVE PETER WICKER, DETECTIVE FRANCIS PIERRI, DETECTIVE CHRISTOPHER SAGER,

                     Defendants.

No. 20 Civ. 10800 (NSR)
ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/21/2024

NELSON S. ROMÁN, United States District Judge:

On April 26, 2024, the Court issued an Order to Show Cause directing Plaintiff Cornelius Stubbs to show cause in writing on or before June 10, 2024 as to why his claims against Defendants should not be dismissed for want of prosecution under Federal Rule of Civil Procedure 41(b). (ECF No. 14.) The Court expressly warned Plaintiff that failure to comply with the Court's show cause order would result in dismissal of this action for want of prosecution. (*Id.*) To date, Plaintiff has failed to respond to the Order to Show Cause.

Accordingly, the Court DISMISSES without prejudice the above-captioned action for want of prosecution. The Clerk of the Court is directed to terminate this action, to mail a copy of this order to *pro se* Plaintiff at the address on ECF, and to show service on the docket.

Dated: June 21, 2024
       White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE